COSCA LAW CORPORATION
CHRIS COSCA      CA SBN 144546
701 University Avenue, Suite 104
Sacramento, CA 95825
(916) 440-1010

Attorney for Defendant
JACOB BLACKWOOD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:24-CR-00065-DAD-12 |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| vs. | ) **VACATE STATUS OF COUNSEL** |
| | ) **HEARING AND SET NEW DATE** |
| JACOB BLACKWOOD, | ) |
| Defendants. | ) |

## STIPULATION

The parties hereto, by and through counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status of counsel hearing on April 27, 2026.

2. Although Mr. Blackwood requested this hearing, according to the United States Marshal, Defendant Jacob Blackwood refused to be transported.

3. Accordingly, the parties request that the April 27, 2026 hearing be vacated and a new status of counsel hearing be set for May 18, 2026.

4. It is further requested that the United States Marshals Service, or their representative, use reasonable force if necessary to extract JACOB BLACKWOOD to secure his appearance for court on May 18, 2026.

STIP AND ORDER TO VACATE HEARING AND SET NEW DATE

Respectfully submitted,

Dated: April 17, 2026                    /s/ Chris Cosca
                                         CHRIS COSCA
                                         Attorney for Defendant
                                         JACOB BLACKWOOD

Dated: April 17, 2026                    /s/ Ross Pearson
                                         ROSS PEARSON
                                         Assistant US Attorney
                                         Attorney for Plaintiff

## **ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the United States Marshals Service, or their representative, is authorized by the court to use reasonable force, **if necessary**, to extract defendant JACOB BLACKWOOD in order to secure his appearance for court on May 18, 2026.

IT IS SO ORDERED.

Dated:   **April 19, 2026**                    _____
                                         DALE A. DROZD
                                         UNITED STATES DISTRICT JUDGE

STIP AND ORDER TO VACATE HEARING AND SET NEW DATE